UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
REGINA CONCEICAO,

|  |  |  |
|--|--|--|
| | Plaintiff, | Docket #: |

-against-                                        **COMPLAINT**

Plaintiff Demands Trial By Jury

SHARAFA ADEBOYE and MARCIA REYES,

Defendants.
-------------------------------------------------------------------------X

Plaintiff, **REGINA CONCEICAO**, by her attorneys **ROBINSON & YABLON, P.C.**,

complaining of the defendants sets forth:

## BASIS OF JURISDICTION & VENUE

1.      The jurisdiction of this Court is predicated upon diversity of citizenship pursuant

to 28 U.S.C. §1391 (a)(2) and 28 U.S.C. §1391 (b)(2) as the dispute involves parties from

different States, damages are in excess of this Court's jurisdictional limits and a substantial part

of the events or omissions giving rise to the claim occurred in the Southern District of New

York.

## IDENTITY OF PARTIES

2.      The plaintiff, Regina Conceicao, is a resident of the State of New York.

3.      The defendant, Sharafa Adeboye, is a resident of the State of New Jersey.

4.      The defendant, Marcia Reyes, is a resident of the State of New Jersey.

5.      That on July 8, 2018, plaintiff, Regina Conceicao, was a passenger on a 2013 motorcycle bearing New Jersey license plate 2HKH4.

6.      That on July 8, 2018, defendant, Sharafa Adeboye, was the operator of a 2013 motorcycle bearing New Jersey license plate 2HKH4.

7.      That on July 8, 2018, defendant, Marcia Reyes, was the owner of a 2013 motorcycle bearing New Jersey license plate 2HKH4, being operated with permission by defendant, Sharafa Adeboye.

8.      That on July 8, 2018, the roadway known as Seven Lakes Drive approximately 150 feet east of Bear Mountain Circle, in Rockland County, New York, was and still is a public roadway and thoroughfare.

9.      That on July 8, 2018, on the roadway known as Seven Lakes Drive approximately 150 feet east of Bear Mountain Circle, in Rockland County, New York, defendant, Sharafa Adeboye, negligently and carelessly operated the motorcycle owned by defendant, Marcia Reyes, while plaintiff, Regina Conceicao, was a passenger on said motorcycle, causing it to leave the roadway and collide with a guide rail, thereby throwing plaintiff, Regina Conceicao off the motorcycle.  A copy of the Police Accident Report detailing the incident is attached hereto.

10.      That the aforementioned occurrence and resulting injuries to plaintiff, Regina Conceicao, were caused solely by the recklessness, carelessness and negligence of the defendants, Sharafa Adeboye and Marcia Reyes, in the ownership, operation, maintenance and control of their motorcycle.

11.     That as a result of the aforementioned occurrence, plaintiff, Regina Conceicao, sustained serious, and disabling injuries; that she has suffered, still suffers and in the future will continue to experience severe pain and suffering; that she was confined to her bed and home and was prevented from pursuing her usual and customary activities of daily living; that she has been required to seek continuous medical care and treatment which she will need into the future; that she has incurred hospital expenses and medical expenses, which she will continue to sustain.

12.     As a result of the negligence of defendants, plaintiff, Regina Conceicao suffered a "serious injury" as set forth in §5102(d) of the New York State Insurance Law and the economic loss to plaintiff, Regina Conceicao, is greater than basic economic loss as defined by law.

13.     That by reason of the foregoing, plaintiff, Regina Conceicao, has been damaged in the sum of Five Hundred Thousand Dollars ($500,000.00) and demands judgment against the defendants, Sharafa Adeboye and Marcia Reyes.

WHEREFORE, plaintiff, Regina Conceicao demands judgment against the defendants, Sharafa Adeboye and Marcia Reyes, in the sum of Five Hundred Thousand Dollars ($500,000.00) along with such other and further relief as may be granted by the Court, including but not limited to the costs and disbursements of this action.

Dated: New York, New York
      January 21, 2019

**ROBINSON & YABLON, P.C.**
Attorneys for Plaintiff

By: Jared R. Cooper (JRC-2975)
232 Madison Avenue, Suite 909
New York, New York 10016
(212) 725-8566

Page 1 of 3 Pages

Local Codes
18-20038
NSPA148HJZJS ☑ AMENDED REPORT

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT
MV-104A (6/04)

19 19

**Accident Date**

| Month | Day | Year | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 8 | 2018 | SUNDAY | 17:23 | 1 | 1 | 0 | Accident Reconstructed | ☐ | ☐ Yes ☑ No |

20

☐ VEHICLE   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

**VEHICLE 1**

| VEHICLE 1- Driver | |
|---|---|
| License ID Number | A18167030008762 |
| State of Lic. | NJ |

Driver Name - exactly as printed on license   ADEBOYE, SHARAFA

Address (Include Number and Street)   58 TERHUNE AVE    Apt. No.

City or Town   JERSEY CITY    State NJ    Zip Code 07305

Date of Birth: Month 8 Day 13 Year 1976    Sex M    Unlicensed ☐    No. of Occupants 02    Public Property Damaged ☑

Name - exactly as printed on registration   REYES, MARCIA    Sex    Date of Birth Month Day Year

Address (include Number and Street)   58 TERHUNE AVE    Apt. No.    Haz. Mat Code    Released ☐

City or Town   JERSEY CITY    State NJ    Zip Code 07305

| Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code |
|---|---|---|---|---|
| 2HKH4 | NJ | 2013 HD | MCY | 989 |

Ticket/Arrest Number(s)

Violation Section(s)

21

22

23 3

24

25 2

**VEHICLE**

Check if involved vehicle is:
- ☐ more than 95 inches wide;
- ☐ more than 34 feet long;
- ☐ operated with an overweight permit;
- ☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact: 1, 2, 2
Box 2 - Most Damage
Enter up to three more damage codes: 3, 4, 5 / 3, 4, 1

Vehicle By: DOCS AUTO
Towed To: DOCS AUTO

**VEHICLE DAMAGE CODING:**
1-13 SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

Rear End | Left Turn | Right Angle | Right Turn | Head On
Sideswipe (same direction) | Left Turn | | Right Turn | Sideswipe (opposite direction)

**ACCIDENT DIAGRAM**

See the last page of the MV-104A for the accident diagram.

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to determine   ☑ Yes   ☐ No

26

27 2

28 12

| Reference Marker | Coordinates (if available) | Place Where Accident Occurred: |
|---|---|---|
| 9 8 7 E | Latitude/Northing | County ROCKLAND |
| 8 5 0 3 | | Road on which accident occurred SEVEN LAKES DRIVE |
| 1 0 1 8 | Longitude/Easting | at 1) intersecting street |

☐ City ☐ Village ☑ Town of STONY POINT
(Route Number or Street Name)

or 2) 150 ☐ feet ☐ miles   ☐N ☐S ☑E ☐W of BEAR MOUNTAIN CIRCLE
(Route Number or Street Name)
(Milepost, Nearest Intersecting Route Number or Street Name)

29

**Accident Description/Officer's notes**

VH1 was traveling on Seven Lakes drive attempting to make a turn when the operator was unable to make the turn and collided with the guide rail, throwing both passengers off VH1. The back passenger of VH1 complained of back pains. The back passenger was transported by Stony Point 61B2 to Nyack hospital. VH1 has out of state state Progressive insurance. NAIC number 11410. PROPERTY DAMAGED BY VEHICLE #01- GUIDE RAIL   PIPC   3006 SEVEN LAKES

30

**ALL INVOLVED**

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17-BY | TO 18 | Names of all Involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 6 | 3 | 41 | M | – | – | – | | | ADEBOYE, SHARAFA | |
| B | 1 | 4 | 6 | 3 | 41 | F | 06 | 12 | 6 | 9993 | 4303 | CONCEICAO, REGINA M | |
| C | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | |

| Officer's Rank and Signature | PO ERIC THAYER 324 | Badge/ID No. 324 | NCIC No. 04390 | Precinct/Post Troop/Zone HVPA | Station/Beat Sector BM | Reviewing Officer HEYMAN, THOMAS | Date/Time Reviewed 7/23/2018 22:40 |
|---|---|---|---|---|---|---|---|

Print Name in Full: ERIC THAYER

Page 2 of 3 Pages

Local Codes
18-20038

NSPA148HJZJS  ☑ AMENDED REPORT

New York State Department of Motor Vehicles
# POLICE ACCIDENT REPORT
MV-104A (6/04)

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene | | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Month 7 | Day 8 | Year 2018 | SUNDAY | 17:23 | 1 | 1 | 0 | Accident Reconstructed | ☐ | ☐ | ☐ Yes ☑ No |

VEHICLE

☐ VEHICLE   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

VEHICLE DAMAGE CODING:

1-13 SEE DIAGRAM ON RIGHT.

14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

| Rear End 1. | Left Turn 3. | Right Angle | Right Turn 5. | Head On 7. |
| Sideswipe (same direction) 2. | Left Turn 0. | | Right Turn 4. | Sideswipe (opposite direction) 8. |

ACCIDENT DIAGRAM

9.

Cost of repairs to any one vehicle will be more than $1000.

☐ Unknown/Unable to determine   ☐ Yes   ☐ No

| Reference Marker | Coordinates (if available) | Place Where Accident Occurred: |
|---|---|---|
| | Latitude/Northing | County ROCKLAND |
| | | Road on which accident occurred |
| | Longitude/Easting | at 1) Intersecting street |
| | | or 2) _____ feet _____ miles ☐N ☐E ☐S ☐W of |

☐ City ☐ Village ☐ Town of _____

(Route Number or Street Name)
(Route Number or Street Name)
(Milepost, Nearest Intersecting Route Number or Street Name)

Accident Description/Officer's notes
DRIVE BEAR MOUNTAIN, NY 10911

USE COVER SHEET
N

ALL INVOLVED

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all Involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | | | | | | |
| B | | | | | | | | | | | | | |
| C | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | |

| Officer's Rank and Signature | PO | | Badge/ID No. | NCIC No. | Precinct/Post Troop/Zone | Station/Beat Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|---|---|
| Print Name in Full | ERIC THAYER | | 324 | 04390 | HVPA | BM | HEYMAN, THOMAS | 7/23/2018 22:40 |

Page 3 of 3 Pages

**Local Codes**
18-20038

NSPA148HJZJS ☑ AMENDED REPORT

New York State Department of Motor Vehicles
# POLICE ACCIDENT REPORT
MV-104A (6/04)

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene | | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | | | | | | | | | |
| 7 | 8 | 2018 | SUNDAY | 17:23 | 1 | 1 | 0 | Accident Reconstructed | | ☐ | ☐ Yes ☑ No |



Seven Lakes Drive

VH1